IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. <u>22-CR-1657 MIS</u> |
| ) | |
| vs. ) | |
| ) | |
| **GENE SOTELO**, ) | |
| ) | |
| Defendant. ) | |

## ORDER RELEASING MATERIAL WITNESSES

THIS MATTER having come before the Court on the Motion of the United States to return the material witnesses, Flavio Cesar Garcia-Sanchez and Jairo Garcia-Sanchez, to the custody of the Department of Homeland Security, the Court having read said motion and being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the custodial agency return the above-named material witnesses to the custody of the Department of Homeland Security.

IT IS FURTHER ORDERED that the United States Clerk's Office provide two (2) certified copies of this order to the United States Pretrial Services, the United States Marshal's Service, and the United States Border Patrol as their authority to proceed hereunder.

*Margaret Strickland*
MARGARET I. STRICKLAND
UNITED STATES DISTRICT JUDGE